IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ARGONAUT-MIDWEST INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 5:18-cv-401-H |
| MOHAMMED HASAN ODEH and MAYSON ENTERPRISE, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## SETTLEMENT STATUS REPORT

Plaintiff Argonaut-Midwest Insurance Company advises the Court that it is unable to dismiss its claim by January 16, 2016 because Defendants Mohammed Hasan Odeh and Mayson Enterprise LLC have not executed and returned the settlement agreement as directed in the Order of December 19, 2018 (Doc. 26).

FREEMAN MATHIS & GARY, LLP

/*s/ Philip W. Savrin*
Philip W. Savrin
Admitted pro hac vice
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
psavrin@fmglaw.com
(770) 818-0000
*Attorneys for Plaintiff Argonaut-Midwest Insurance Company*

LAW OFFICES OF JAMES R. HUBBARD, PLLC

*/s/ James R. Hubbard*
James R. Hubbard
2308 Environ Way
Chapel Hill, NC 27517
jhubbard@hubbard-law.com
(919) 928-0367

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the **SETTLEMENT STATUS REPORT** by depositing a true and correct copies thereof in the United States mail, first-class, postage prepaid, properly addressed upon on the following:

> Mohammed Hasan Odeh
> 3012 Britmass Dr.
> Raleigh, NC 27616

This 16th day of January, 2019.

/s/ *Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
*Attorneys for Plaintiff Argonaut-Midwest Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
770.818.0000
psavrin@fmglaw.com