# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| ARGONAUT-MIDWEST INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 5:18-cv-401-H |
| MOHAMMED HASAN ODEH and MAYSON ENTERPRISE, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Argonaut-Midwest Insurance Company and Defendants Mohammed Hasan Odeh and Mayson Enterprise LLC hereby stipulate to the dismissal with prejudice of all claims asserted in this civil action. Fed.R.Civ.P. 41(a)(1)(A)(ii). The parties will bear their own costs and fees.

FREEMAN MATHIS & GARY, LLP

/s/ Philip W. Savrin
Philip W. Savrin
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
psavrin@fmglaw.com
(770) 818-0000

ATTORNEY FOR PLAINTIFF

_____

Mohammed Hasan Odeh, *pro se*
3012 Britmass Drive
Raleigh, NC 27616
(419) 261-7299